UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN R. MOORE )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BERTIE COUNTY BOARD OF )<br>EDUCATION )<br>      Defendant. ) | **JUDGMENT**<br><br>No. 2:19-CV-22-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's first motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 26, 2019, and for the reasons set forth more specifically therein, defendant's first motion to dismiss is GRANTED. Plaintiff's Title VII claims for discrimination and retaliation are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted. Plaintiff's negligent infliction of emotional distress, breach of contract, and loss of consortium claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on November 26, 2019, and Copies To:**
Calvin R. Moore  (via CM/ECF Notice of Electronic Filing) P O Box 541, Ahoskie, NC 27910
Colin Alexander Shive  (Via CM/ECF Notice of Electronic Filing)

November 26, 2019                PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk